FILED
99 APR 22 AM 9:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOHN E. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 98-PT-3054-M |
| ) | |
| WARDEN RON JONES, SERGEANT ) | |
| PATRICIA WILLIAMS, SERGEANT ) | |
| EARL PICKETT, ASSISTANT WARDEN ) | |
| GARRETT, OFFICER FILES, OFFICER ) | |
| CORNULIUS, OFFICER MARSTELLA, ) | |
| OFFICER FLETCHER, MS. THREE, and ) | |
| OFFICER DATSON, ) | |
| ) | |
| Defendants. ) | |

upg

ENTERED
APR 22 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 16, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 22 day of April, 1999.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

